BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
JAMES C. GRAULICH
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-0246
Email: james.c.graulich@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bogdan Stoev,<br><br>                    Plaintiff,<br>          v.<br><br>United States Citizenship and Immigration Services; Ur M. Jaddou, Director, USCIS; David Radel, Director, Los Angeles Asylum Office,<br><br>                    Defendants. | Case No. 2:24-cv-00271-APG-NJK<br><br>**Joint Stipulation to Stay Case** |

Plaintiff Bogdan Stoev and Defendants United States Citizenship and Immigration Services, Ur M. Jaddou, Acting Director of U.S. Citizenship and Immigration Services, and David Radel, Director, Los Angeles Asylum Office ("Defendants"), hereby stipulate to stay this case, as follows:

Plaintiff filed his Complaint on February 8, 2024, and served the United States Attorney's Office for the District of Nevada with a copy of the Summons and Complaint on March 1, 2024.

The current deadline for Defendants to respond to the Plaintiffs' Complaint is on April 30, 2024.

The United States Citizenship and Immigration Services scheduled Plaintiff's interview regarding his application on April 25, 2024. The parties agree that a stay would preserve the resources of the Court and the parties and agree to stay this case for 120 days after the asylum interview.

Accordingly, the parties hereby request that this matter be stayed until August 23, 2024, to allow the agency the necessary time to adjudicate Plaintiff's application after his interview. Additionally, the parties will provide a status report on August 23, 2024, if the case is not adjudicated by this date, and request that the Court extend the deadline for the United States to answer or otherwise respond to Plaintiff's Complaint to September 22, 2024.

Respectfully submitted this 4th day of April 2024.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director

/s/James O. Hacking, III
James O. Hacking, III Esq.
Hacking Immigration Law, LLC
10121 Manchester Rd Ste A
St. Louis, MO 63122
Tel: (314) 961-8200
Email: jim@hackingimmigrationlaw.com
Attorney for Plaintiff

/s/ James C. Graulich
JAMES C. GRAULICH
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-0246
Email: james.c.graulich@usdoj.gov
Attorneys for Defendants

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 5, 2024